IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DELENA JOHNSON,                          *

                    Plaintiff,           *

v.                                            Case No.   5:23-cv-00208-MTT
                                         *

GRAHAM CRACKAS INC,
                                         *
                    Defendant.
                                         *
_____
                                         *

## **J U D G M E N T**

Pursuant to this Court's Order dated January 10, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 11th day of January, 2024.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk